Americredit Financial Services, Inc. dba GM Financial
P. O. Box 183853
Arlington, TX 76096
(877) 203-5538

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Bky. No. 17-14532-BTB-7 |
| LATOSHA GRAHAM | Chapter 7 |
| Debtor(s) | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

Comes now, Americredit Financial Services, Inc. dba GM Financial, a creditor in the above-captioned case, and files this Withdrawal of Proof of Claim for the claim filed in the above-styled and numbered case on May 1, 2018

Respectfully submitted,

/s/ Mandy Youngblood

Americredit Financial Services, Inc. dba GM Financial
P. O. Box 183853
Arlington, TX 76096
(877) 203-5538

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5/1/2018, a true and correct copy of the Notice of Withdrawal of Proof of Claim was electronically served using CM/ECF system, namely BRIAN D SHAPIRO, and MATTHEW M. MCARTHUR.

Further, I certify that on 5/1/2018, copies of the Notice of Withdrawal of Proof of Claim were forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the following at the addresses shown below:

/s/ Mandy Youngblood

LATOSHA GRAHAM
5000 STANLEY AVE, UNIT 7
LAS VEGAS, NV 89115

MATTHEW M. MCARTHUR
50 S. STEPHANIE STREET, STE 101
HENDERSON, NV 89012

BRIAN D SHAPIRO
510 S 8TH STREET
LAS VEGAS, NV  89101

US Trustee